PD-0537-15

Christopher Neal McGonigal
TDCJ-CID# 1956158
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX 78711

RE: Appellate Court Case No: 06-14-00164 CR
Christopher McGonigal v. The State of Texas

To Whom it may concern,

Enclosed, please find the original copy of my request for an extension, of time to file a petition for discretionary review/motion to supend Rule 9.3(b). Please file this with the Court and include it with papers related to this cause. Also, please inform me as soon as possible as to the decision on my motion(s) by the Court. Thank you for your prompt attention to this matter.

Sincerely,

Chris McGonigal

IN THE COURT OF CRIMINAL APPEALS
of TEXAS
CHRISTOPHER McGONIGAL, Petitioner,
VS.
THE STATE OF TEXAS, Respondent

On Appeal from the Court of Appeals for the
Sixth District of Texas at Texarkana
Appellate Court Case No: 06-14-00164-CR

On Appeal from the Criminal District Court
Number 6 of Red River County, Texas
Trial Court No: CR01907

To the honorable Judges of said Court:

Comes now, "Petitioiner" Christopher McGonigal
pro se and files this motion for Extension of Time
to file a Petition for Discretionary Review, ("PDR")
requesting and additional sixty (60) days within which
to file a PDR. In support of this motion, Petitioner
would show this Court the following:

I.

Petitioner was convicted in the 6th District Court
of Red River County, Texas of the offense of Indececy
with Child by Contact in Cause no: CR01907 Styled:
The State of Texas v. Christopher Neal McGonigal.
Petitioner appealed to the Court of Appeals, Sixth
Apellate District, Case no: 06-14-00164-CR. The
case was affirmed on April 8th, 2015

## II.

The present deadline for filing a PDR is May 8, 2015. Petitioner has not requested any extensions prior to this request.

## III

Petitioner's request for an extension is based upon the following facts:

A) Petitioner was not informed of the decision of the Court of appeals in affirming his case until April 11, 2015;

B) Since that time, Petitioner has been attempting to gain legal assistance in this matter;

C) Petitioner's attorney has informed him that he will not represent him on the PDR.

For these reasons, Petitioner request the Court grant an additional sixty (60) days, up to and including July 8th, 2015 within to file the Petition for Discretionary Review.

## IV.

Petitioner's motion requesting leave to file an original copy only of the petition for discretionary review:

The court of appeals was the 6th Appellate District Court of Appeals, Texarkana, Texas styled The State of Texas v. Christopher Neal McGonigal; Case no: 06-14-00164-CR.

Petitioner moves that, pursuant to Rule 2, Tex. R. App. Proc., the court suspend Rule 9.3 (b) of the ~~Texas~~ Tex. R. App. Proc., which requires the filing of eleven (11) copies of the Petition For Discretionary Review with the Court. The facts relied upon to show good cause for this request are as follows:

A) Petitioner is indigent and incarcerated and does not have access to a photocopier; and,

B) Petitioner is not ~~represented~~ represented by counsel and intends to file a pro se Petition for Discretionary Review with the Court.

Wherefore, premesis considered, Petitioner requests that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review. Petitioner further requests all other reliefs to which he may be entitled.

Respectfully submitted,

Chris McGonigal

## Unsworn Declaration

"I, Christopher McGonigal, TDCJ-CID #1956158 being prestently incarcerated in the Beto Unit of the TDCJ-CID, declare under penalty of perjury that the above and foregoing are both true and correct."

Executed on this the 3 day of May, 2015.

*CW Mc____*
Chris McGonigal

## Certificate of Service

I futher certify that I have mailed a true and correct copy of this motion to extend the time to file a Petition for Discretionary Review/motion to Suspend Rule 9.3 (b) by First class mail, postage prepaid to the Red River County District Attorney's office by placing the same in the Beto Unit's mail Drop-box, designed for that purpose, on this ~~day~~ the 3 day of May, 2015.

*CW Mc____*
Chris McGonigal

1391 FM 3328                 TDCJ-CID # 1956158
Tennessee Colony, TX 75880    Beto Unit